UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARGIE L. ROBINSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, Acting Commissioner of )<br>Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:20-CV-285-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case for calculation of benefits for the period under review: March 16, 2015 through December 30, 2016.

**This Judgment Filed and Entered on August 3, 2021, and Copies To:**
Michael W. Bertics                        (via CM/ECF electronic notification)
David N. Mervis                           (via CM/ECF electronic notification)

DATE:                                     PETER A. MOORE, JR., CLERK
August 3, 2021                            (By) /s/ Nicole Sellers
                                           Deputy Clerk